```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE F02-0004--CV (RRB)
                   "WILLIAM J. PHILLIPS II V NORTH SLOPE BOROUGH"

              Including terminated parties, excluding terminated counsel
```

       Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
       Magistrate Judge:
         Referral Rule:
                 Filed: 01/27/02
                Closed: 07/23/03

          Jurisdiction: (3) Federal Question (US Govt not a Party)
         PLF Diversity:
         DEF Diversity:

        Nature of Suit: (440) Other Civil Rights
                        42 USCA12203 ADA
                Origin: (1) Original Proceeding
                Demand: 100
            Filing fee: Paid $150.00 on 01/27/02 receipt # 40099894
              Trial by: Jury


Parties of Record:                         Counsel of Record:

PLF 1.1        PHILLIPS, WILLIAM J. II        Lawrence F. Reger
                                              Neiwohner & Associates PC
                                              POB 74490
                                              Fairbanks, AK 99707
                                              907-451-7003

DEF 1.1        NORTH SLOPE BOROUGH            Julia B. Bockmon
                                              Robertson Monagle et al
                                              1400 W. Benson Boulevard, #315
                                              Anchorage, AK 99503
                                              907-277-6693
                                              FAX 907-279-1959

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE F02-0004--CV (RRB)
                    "WILLIAM J. PHILLIPS II V NORTH SLOPE BOROUGH"

                                  For all filing dates
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 01/27/02
            Closed: 07/23/03

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                    42 USCA12203 ADA
            Origin: (1) Original Proceeding
            Demand: 100
        Filing fee: Paid $150.00 on 01/27/02 receipt # 40099894
          Trial by: Jury


Document #   Filed       Docket text

    1 -  1   01/27/02    Complaint filed; Summons issued.

    1 -  2   01/27/02    Jury Demand.

    2 -  1   03/27/02    JKS Minute Order re: plf is required to take action as to failure to
                         serve. Plf to file proof of service w/in 20 days.  cc: cnsl

    3 -  1   04/15/02    DEF 1 Attorney Appearance by Stacy Steinberg.

    4 -  1   04/23/02    JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 21 days. cc: cnsl

    5 -  1   04/23/02    JKS Minute Order re: dismissal for failure to serve (Warning).  Def
                         North Slope Borough to be service by 120 days from the filing of the
                         complaint.  cc: cnsl

    6 -  1   05/01/02    DEF 1 Attorney Appearance of S Steinberg.

    7 -  1   05/01/02    DEF 1 Answer to Complaint.

    8 -  1   05/14/02    DEF 1 Parties' status /planning report.

    9 -  1   05/17/02    JKS Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 01/17/03; Dispositive motions deadline 02/17/03; Estimate of
                         trial 5 days. cc: cnsl

   10 -  1   06/04/02    DEF 1 Preliminary Witness List.

   11 -  1   06/06/02    JKS Minute Order that by agreement of the judges this case is reassigned
                         to Judge Beistline for all further proceedings.  Use case number
                         F02-0004 CV (RRB) on all future filings. cc: cnsl

   12 -  1   07/01/02    DEF 1 motion for extension of time until 7/15/02 to file motions on
                         jurisdiction and venue.

   13 -  1   07/15/02    DEF 1 motion to dismiss for failure to exhaust administrative remedies
                         w/att exhs.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE F02-0004--CV (RRB)
                     "WILLIAM J. PHILLIPS II V NORTH SLOPE BOROUGH"

                                    For all filing dates
```

```
Document #    Filed       Docket text

    14 -   1  07/22/02    DEF 1 Affidavit(original) re: DEF 1 motion to dismiss for failure to
                          exhaust administrative remedies (13-1).

    15 -   1  07/25/02    RRB Order granting mot for ext of time until 7/15/02 to file
                          jurisdiction and venue mot (12-1). cc: cnsl

    16 -   1  08/08/02    RRB Order granting motion to dismiss for failure to exhaust
                          administrative remedies (13-1).  cc: cnsl

    17 -   1  10/17/02    PLF 1 Attorney Appearance by Lawrence F. Reger.

    18 -   1  10/17/02    PLF 1 Motion to Amend Complaint w/Memorandum in Support of Motion to
                          Amend Complaint, Amended Complaint, and Demand for Jury Trial attached.

    19 -   1  11/05/02    DEF 1 Unopposed motion for extension of time until 11//7/02 to file
                          opposition to plf's motion to amend complaint.

    19 -   2  11/05/02    Order granting unopposed motion for extension of time until 11//7/02 to
                          file opposition to plf's motion to amend complaint (19-1).  cc: cnsl

    20 -   1  11/07/02    DEF 1 opposition to PLF 1 Motion to Amend Complaint (18-1).

    21 -   1  11/18/02    PLF 1 reply to opposition to PLF 1 Motion to Amend Complaint (18-1).

    22 -   1  11/26/02    RRB Minute Order granting motion to Amend Complaint (18-1).  cc: cnsl

    23 -   1  12/04/02    PLF 1 Notice of Service of Amended Complaint.

    24 -   1  12/04/02    PLF 1 Complaint (Amended) and Demand for Jury Trial.

    25 -   1  12/16/02    DEF 1 Final Witness List.

    26 -   1  12/16/02    DEF 1 Answer to Amended Complaint.

    27 -   1  12/17/02    PLF 1 Witness List.

    28 -   1  03/04/03    RRB Order re: certification of readiness for trial; parties to certify
                          or file a report within 15 days from the date of this order. cc:cnsl

    29 -   1  03/14/03    PLF 1; DEF 1 Status Report.

    30 -   1  03/18/03    RRB Minute Order that further stat rpt due by 6/30/03. cc: cnsl

    31 -   1  04/01/03    DEF 1 motion for partial summary judgment on plf's employment claim
                          under state law (count III); failure to exhaust administrative remedies.

    32 -   1  04/01/03    PLF 1 Attorney withdrawal and substitution on consent re: James McLain.
                          Former co-counsel L Reger is now sole counsel.

    33 -   1  04/03/03    DEF 1 Attorney Substitution of Julia B. Bockman (ROBERTSON) for Stacy K.
                          Steinberg (ROBERTSON).

    34 -   1  04/18/03    PLF 1 Unopposed motion for extension of time (of 7 days) to file
                          opposition to defendant's motion for partial sj on plaintiff's
                          employment claim under state law.
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE F02-0004--CV (RRB)
           "WILLIAM J. PHILLIPS II V NORTH SLOPE BOROUGH"

                       For all filing dates
```

```
Document #   Filed      Docket text

  34 -  2   04/21/03   Order granting motion Unopposed motion for extension of time (of 7 days)
                       to file opposition (34-1).

  35 -  1   04/25/03   PLF 1 (Second) Unopposed motion for extension (3 days) of time to file
                       opposition to defendant's motion for partial sj on plaintiff's
                       employment claim under state law.

  35 -  2   04/28/03   Order granting motion (Second) Unopposed motion for extension (3 days)
                       of time to file (35-1).  cc:cnsl.

  36 -  1   04/28/03   PLF 1 opposition to DEF 1 motion for partial summary judgment on plf's
                       employment claim under state law (count III); failure to exhaust
                       administrative remedies (31-1).

  37 -  1   05/08/03   DEF 1 Unopposed mot for ext to 5/14/03 to file reply re mot at #31

  37 -  2   05/09/03   Order granting unopposed mot for ext to 5/14/03 to file reply re mot at
                       #31 (37-1). cc: cnsl

  38 -  1   05/14/03   DEF 1 reply to opposition to DEF 1 motion for partial summary judgment
                       on plf's employment claim under state law (count III); failure to
                       exhaust administrative remedies (31-1)

  39 -  1   05/19/03   DEF 1 Notice of filing signed orgiinal signature page to affidavit of
                       Jeri Cleveland in support of def's reply to oppo re: DEF 1 motion for
                       partial summary judgment on plf's employment claim under state law
                       (count III); failure to exhaust administrative remedies. (31-1)

  40 -  1   06/30/03   PLF 1; DEF 1 Status Report.

  41 -  1   07/03/03   RRB Order granting motion for partial summary judgment on plf's
                       employment claim under state law; failure to exhaust remedies (31-1).
                       cc: cnsl

  42 -  1   07/17/03   PLF 1 Notice of acceptance of def's offer of judgment dated 7/9//03.

  43 -  1   07/21/03   PLF 1 Notice  of filing offer of judgment w/att offer of judgment.

  44 -  1   07/23/03   RRB Judgment that plf recover of  the def the sum of $2,000.00,
                       inclusive of costs, interest, and attorneys' fees.  cc: cnsl, O&J File

  45 -  1   08/12/03   PLF 1; DEF 1 Judgment Satisfaction.
```